PROB 12A
(05/2015)

**Eastern District of Kentucky**
**FILED**
**JAN 21 2021**
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## United States District Court
### for the
### Eastern District Of Kentucky at Covington

### Report on Offender Under Supervision

Name of Offender: __Victor Alexander__                Case Number: __2:15-CR-031-DLB-03__

Name of Sentencing Judicial Officer: __The Honorable David L. Bunning, United States District Judge__

Date of Original Sentence: __January 22, 2016__

Original Offense: __Conspiracy to Distribute Oxycodone in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1)__

Original Sentence: __37 months imprisonment followed by 5 years supervised release__

Type of Supervision: __Term of Supervised Release__   Date Supervision Commenced: __July 6, 2018__

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance
    1.   Use of alcohol

U.S. Probation Officer Action:

On January 15, 2021, during a home visit, Mr. Alexander submitted to a urine test and the instant results were positive for alcohol. Mr. Alexander admitted to drinking beer on January 14, 2021. Initially he stated he forgot that he was not allowed to drink alcohol and then admitted he was fully aware of his conditions of supervised release. Mr. Alexander advised he will abstain from alcohol for the duration of his supervision period.

This officer is recommending that Mr. Alexander be allowed to continue on supervision. He previously completed substance abuse counseling and recently obtained new employment. If the Court agrees, the undersigned will continue to monitor Mr. Alexander and report future progress and/or violations to the Court.

Respectfully submitted,

*Allison W. Biggs*

by
Allison W. Biggs
Senior U.S. Probation Officer
Date: 1/20/2021

January 20, 2021
Page 2

RE: Alexander, Victor
    Dkt. # 2:15-CR-031-DLB-03
    <u>Report on Offender Under Supervision</u>

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

**Signed By:**
*David L. Bunning*
**United States District Judge**

Signature of Judicial Officer

21 Jan. 21
    Date